UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT MEANY AND GRAHAM DICKINSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> ATOMIC WALLET AND KONSTANTIN GLADYCH, <br><br> *Defendants*. | CASE NO. 1:23-cv-1582-PAB-MEH |

**MOTION TO EXTEND DEADLINES**

COME NOW the Plaintiffs, ROBERT MEANY and GRAHAM DICKINSON, by and through the undersigned counsel of record in the above-styled case, and hereby move to extend the deadlines set in the matter, and in support thereof state as follows:

1. The Complaint was filed on June 21, 2023. The deadline for service is 90 days from the date the complaint is filed.

2. The above-styled case has been scheduled for a scheduling conference on August 21, 2023, at 11:15 a.m. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse with a joint proposed scheduling order deadline of August 7, 2023.

3. Defendant Atomic Wallet is a foreign corporation, and Defendant Konstantin Gladych is a foreign Defendant that requires service through The Hague Convention and/or through other similar treaties.

4. Plaintiffs' counsel is in the process of serving Atomic Wallet through The Hague

1

Convention, including having the complaint translated into Estonian.

5. As such, service through The Hague Convention will not occur by the deadlines and/or hearing set forth above.

6. Moreover, no Defendant has made an appearance in this matter, and Plaintiffs do not yet know the identity of Defendants' attorneys.

7. An extension or continuance has not previously been granted.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court:

A. Remove the August 21, 2023 Scheduling Conference from the calendar in this matter;

B. Extend the afore-mentioned deadlines by 90-days.

Dated: July 21, 2023.

Respectfully submitted,

By: */s/ Douglass A. Kreis*
Douglass A. Kreis, Esq.,
Daniel J. Thornburgh, Esq.
D. Nicole Guntner, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
dkreis@awkolaw.com
dthornburgh@awkolaw.com
nguntner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I, Douglass A. Kreis, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on **July 21, 2023**.

By: */s/ Douglass A. Kreis*
Douglass A. Kreis, Esq.,
Daniel J. Thornburgh, Esq.
D. Nicole Guntner, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
dkreis@awkolaw.com
dthornburgh@awkolaw.com
nguntner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*