# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT MEANY AND GRAHAM DICKINSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> ATOMIC WALLET AND KONSTANTIN GLADYCH, <br><br> *Defendants*. | CASE NO. 1:23-cv-1582-PAB-MEH |

## PROPOSED ORDER GRANTING MOTION TO EXTEND DEADLINES

The Motion to Extend Deadlines (Docket #6), filed July 21, 2023, is **GRANTED** as follows:

1. The deadline for service of Defendants is extended to December 18, 2023.
2. The deadline for the joint proposed scheduling order is extended to November 5, 2023.
3. The Scheduling Conference on August 21, 2023 is hereby removed from the calendar in this matter and will be rescheduled for a date after November 19, 2023.

DONE AND ORDERED in Denver, Colorado, this ____ day of July, 2023.

**MICHAEL E. HEGARTY**
**MAGISTRATE JUDGE**

Copies to: Counsel of Record