# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT MEANY AND GRAHAM DICKINSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>ATOMIC WALLET AND KONSTANTIN GLADYCH,<br><br>*Defendants*. | CASE NO. 1:23-cv-1582-PAB-MEH |

## **ENTRY OF APPEARANCE**

To the clerk of court and all parties of records:

I hereby certify that I am a member in good standing of the bar in this court and I appear in this case as counsel for Plaintiffs Robert Meany and Graham Dickinson.

Dated: August 11, 2023

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on **August 11, 2023**.

By: */s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*