# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT MEANY AND GRAHAM DICKINSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> ATOMIC WALLET AND KONSTANTIN GLADYCH, <br><br> *Defendants*. | CASE NO. 1:23-cv-1582-PAB-MEH |

## **ENTRY OF APPEARANCE**

To the clerk of court and all parties of records:

I hereby certify that I am a member in good standing of the bar in this court and I appear in this case as counsel for Plaintiffs Robert Meany and Graham Dickinson.

Dated: August 11, 2023

        Respectfully submitted,

        By: */s/ D. Nicole Guntner*
        D. Nicole Guntner, Esq.
        **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
        nguntner@awkolaw.com
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        Telephone: 850-202-1010
        Fax: 850-916-7449

        *Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, D. Nicole Guntner, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on **August 11, 2023**.

By: */s/ D. Nicole Guntner*
D. Nicole Guntner, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
nguntner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*