# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT MEANY AND GRAHAM DICKINSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> ATOMIC WALLET AND KONSTANTIN GLADYCH, <br><br> *Defendants*. | CASE NO. 1:23-cv-01582-PAB-MEH |

## NOTICE OF FILING OF AMENDED PLEADING

Plaintiffs, by and through undersigned counsel, Aylstock, Witkin, Kreis & Overholtz, PLLC, hereby files their Notice of Filing of Amended Pleading as follows:

Pursuant to D.C.COLO.LCivR 15.1, Plaintiffs hereby notifies the Court and all Parties who have entered their appearance that they will file their First Amended Complaint for Damages and Jury Demand. A copy of the amended pleading with amendments noticed is attached hereto as **Exhibit "A"**, pursuant to D.C.COLO.LCivR 15.1(a).

Dated: August 16, 2023

        Respectfully submitted,

        By: */s/ Douglass A. Kreis*
        Douglass A. Kreis, Esq.
        Daniel J. Thornburgh, Esq.
        D. Nicole Guntner, Esq.
        **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
        dkreis@awkolaw.com
        dthornburgh@awkolaw.com

nguntner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Douglass A. Kreis, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on **August 16, 2023**.

Respectfully submitted,

By: */s/ Douglass A. Kreis*
Douglass A. Kreis, Esq.
Daniel J. Thornburgh, Esq.
D. Nicole Guntner, Esq.
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**
dkreis@awkolaw.com
dthornburgh@awkolaw.com
nguntner@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiffs and the Class*