IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,

      Plaintiffs,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,

      Defendants.

## ENTRY OF APPEARANCE

Jessica J. Smith of Holland & Hart LLP, a member in good standing of the bar of this court, hereby enters her appearance as counsel of record on behalf of Defendant Evercode Infinite pursuant to D.C.COLO.LAttyR 5(a)(1).[1]

Dated: October 4, 2023.

                              Respectfully submitted,

                              <u>/s/ Jessica J. Smith</u>
                              Jessica J. Smith
                              Holland & Hart LLP
                              555 17th Street, Suite 3200
                              Denver, CO  80202
                              Phone: (303) 295-8374
                              jjsmith@hollandhart.com
                              *Counsel for Defendant Evercode Infinite*

---

[1] Evercode Infinite does not consent to the Court's jurisdiction and reserves the right to challenge service of process and personal jurisdiction, among other available defenses. This entry of appearance is filed strictly for purposes of compliance with D.C.COLO.LAttyR 5(a)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jessica J. Smith*