IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,

      Plaintiffs,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,

      Defendants.

---

## DEFENDANT EVERCODE INFINITE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Evercode Infinite submits this Motion for an Extension of Time to Respond to Plaintiffs' First Amended Complaint. Evercode Infinite respectfully moves the Court for a 21-day extension, up to and including October 27, 2023, to file its response to Plaintiffs' First Amended Complaint (ECF No. 15).

1.    **Certificate of Conferral:** Counsel for Evercode Infinite conferred with counsel for Plaintiffs via email and telephone on Wednesday, October 4, 2023. Plaintiffs oppose the relief requested herein.

2.    Plaintiffs filed their First Amended Complaint (ECF No. 15) on August 16, 2023. Plaintiffs served Evercode Lab Ltd. (Hong Kong) on September 15, 2023, and a response to the First Amended Complaint is therefore due on October 6, 2023.

3.    Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may grant an extension of time for good cause shown. There is good cause for Evercode Infinite's requested extension.

4.      *First*, Evercode Infinite is a foreign entity incorporated in Dubai, United Arab Emirates, with no presence in Colorado. Upon suit, Evercode Infinite had to find and engage counsel in Colorado. Undersigned counsel was only retained as of Monday October 2, 2023, and although undersigned counsel are working diligently, Evercode Infinite needs more time to assess Plaintiffs' First Amended Complaint and prepare a response. The 41-page First Amended Complaint is a putative class action relating to a digital wallet platform for cryptocurrencies, and Plaintiffs assert claims against all defendants for negligence, gross negligence, fraudulent misrepresentation, fraudulent concealment, and civil conspiracy. Additionally, there appear to be significant procedural and jurisdictional deficiencies with the First Amended Complaint, and undersigned counsel needs additional time to assess the merits of all available defenses.

5.      *Second*, granting this requested extension will not unduly delay these proceedings. This is Evercode Infinite's first request for an extension of time. Granting Evercode Infinite's requested extension will not unduly delay any proceedings or affect any other existing deadlines. This request is brought in good faith and will not prejudice any party. Although Plaintiffs have not yet filed proof of service, it appears that no other defendants named in the action have been served. No other defendants have appeared in this matter, and no responses to the First Amended Complaint have been filed.

6.      Undersigned counsel certifies that a copy of this motion will be served on their client in accordance with D.C.COLO.LCivR 6.1(c).

WHEREFORE, Evercode Infinite respectfully requests that the Court grant this Motion and allow Evercode Infinite to file its response to the First Amended Complaint on or before October 27, 2023.

Dated: October 4, 2023.

Respectfully submitted,

*/s/ Jessica J. Smith*
Jessica J. Smith
Nicholas W. Katz
Daniel H. Athenour
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
Fax: (303) 223-3262
jjsmith@hollandhart.com
nwkatz@hollandhart.com
dhathenour@hollandhart.com
**ATTORNEYS FOR DEFENDANT**
**EVERCODE INFINITE**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I have caused the foregoing to be served on the following electronically via ECF:

dthornburgh@awkolaw.com
nguntner@awkolaw.com
dkreis@awkolaw.com

**Attorneys for Plaintiffs**

/s/ Jessica J. Smith
HOLLAND & HART LLP

30638420_v4

- 4 -