IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,

    Plaintiffs,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,

    Defendants.

### [PROPOSED] ORDER GRANTING DEFENDANT EVERCODE INFINITE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

The Court, having reviewed Defendant Evercode Infinite's Motion for an Extension of Time to Respond to Plaintiffs' Complaint, finds good cause for an extension. The Motion is therefore GRANTED, and Defendant Evercode Infinite is ORDERED to respond to Plaintiffs' First Amended Complaint on or before October 27, 2023.

Dated: _____.

                              BY THE COURT:

                              _____
                              Judge Philip A. Brimmer
                              United States District Court
                              District of Colorado