IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,

    Plaintiffs,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,

    Defendants.

## ENTRY OF APPEARANCE

Daniel H. Athenour of Holland & Hart LLP, a member in good standing of the bar of this court, hereby enters his appearance as counsel of record on behalf of Defendant Evercode Infinite pursuant to D.C.COLO.LAttyR 5(a)(1).[1]

Dated: October 4, 2023.

Respectfully submitted,

/s/ Daniel H. Athenour
Daniel H. Athenour
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-1612
dhathenour@hollandhart.com
*Counsel for Defendant Evercode Infinite*

---

[1] Evercode Infinite does not consent to the Court's jurisdiction and reserves the right to challenge service of process and personal jurisdiction, among other available defenses. This entry of appearance is filed strictly for purposes of compliance with D.C.COLO.LAttyR 5(a)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Daniel H. Athenour</u><br>
Daniel H. Athenour