IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,

    Plaintiffs,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,

    Defendants.

## DEFENDANT EVERCODE INFINITE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Evercode Infinite certifies:

1. Evercode Infinite has no parent company.

2. No publicly held corporation owns 10% or more of Evercode Infinite.

Dated: October 4, 2023.

    Respectfully submitted,

    */s/ Nicholas W. Katz*
    Jessica J. Smith
    Nicholas W. Katz
    Daniel H. Athenour
    HOLLAND & HART LLP
    555 17th Street, Suite 3200
    Denver, CO 80202
    Phone: (303) 295-8000
    Fax: (303) 223-3262
    jjsmith@hollandhart.com
    nwkatz@hollandhart.com
    dhathenour@hollandhart.com
    **ATTORNEYS FOR DEFENDANT EVERCODE INFINITE**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I have caused the foregoing to be served on the following electronically via ECF:

    dthornburgh@awkolaw.com
    nguntner@awkolaw.com
    dkreis@awkolaw.com

**Attorneys for Plaintiffs**

    */s/ Nicholas W. Katz*
    HOLLAND & HART LLP