

DOWNLOAD

# Terms of service

**Disclaimer:**

Atomic Wallet does not provide any virtual asset services or any financial services, nor does it provide any advisory, mediation, brokerage, or agent services. Virtual asset services are provided to Atomic Wallet customers by third-party service providers, whose activities and services are beyond Atomic's control. We urge all Atomic Wallet customers to familiarize themselves with the terms and conditions of third-party virtual asset service providers before engaging in a business relationship.

We also note that Atomic Wallet is not a creator and does not have any control over any of the virtual currencies that Atomic Desktop and Mobile Wallet Applications allow Atomic Wallet customers to use. Atomic Wallet customers' balances and actual transaction history are supported by separate blockchain explorers of each cryptocurrency. Atomic Wallet does not collect or store any private keys, backup phrases, or passwords. Furthermore, Atomic Wallet does not hold, collect, or transfer any assets from or to its customers' wallets in any form.

By downloading Atomic Desktop and/or Mobile Light Wallet Applications and browsing the website, you acknowledge that:
(1) any use of Atomic is subject to these Terms of Service;
(2) you have carefully read, understand and agree with these Terms of Service;
(3) you are of legal age and you are able to form legally binding contracts.
If you don't agree with the Terms of Service ("Terms"), you can not use Atomic. Atomic reserves the right to modify these Terms at any time and at our sole discretion. In case of any changes, we will change the date of the last update at the beginning of these Terms. Please check this page regularly for updates.

## 1. Parties

**1.1. This agreement is between you ( 'You' or 'Your') and Atomic Protocol Systems OÜ ('Atomic Wallet'), registry code 14519622, Harju maakond, Tallinn, Kesklinna linnaosa, Viru väljak 2, 10111.**
Atomic Wallet is a Blockchain Platform which consists of a set of desktop and mobile applications ('Software') and website https://atomicwallet.io/. All of the services provided by Atomic Wallet we identify in this document as 'Services'

**1.2. It's your own responsibility to read the Terms of Service carefully before you start to use Atomic.**

## 2. Definitions and Services offered

Atomic is an innovative cryptocurrency infrastructure, which consists of:

**2.1. Atomic Desktop Light Wallet Applications**
Atomic has created means for users to access and transfer ownership of virtual currency tokens ('Cryptocurrency'), such as Bitcoins. By entering into this agreement You will receive a license to use any of the Atomic Desktop and Mobile Light Wallet Applications. You should only use the Atomic Desktop or Mobile Light Wallet Application if you are familiar with cryptocurrencies. We highly recommend learning the basics of the specific cryptocurrency that You plan on using the Atomic Desktop or Mobile Light Wallet Application for, before running the application.

**EXHIBIT 3**



Atomic Wallet

DOWNLOAD

ervers. It is very important d store it offline in two different places. If You lose Your Private Information, it will not be possible for Atomic to recover it for You and You may lose access to Your Virtual Currencies. Atomic Wallet don't have access to your wallet, your funds, your transactions or any other information. If You do not understand the above paragraph then we strictly recommend that You learn more about Virtual Currencies before using the Atomic Desktop and Mobile Light Wallet Applications. If you do not maintain a backup of your Atomic Wallet data outside of the Services, you will not be able to access the Virtual Currency associated with your Wallet.

### 2.1.2. Transactions

The only authentic record of Virtual Currency transactions is the applicable Virtual Currency's blockchain. The Atomic Desktop and Mobile Light Wallet Applications provide functionality that allows You to send Virtual Currency transfer instructions. Atomic does not guarantee that Your transactions will be delivered, because Your transaction from Atomic Desktop and Mobile Light Wallet Applications shall be added and stored in any Virtual Currency blockchain. You must ensure that Your transactions conform to the applicable rules of the Virtual Currency software. There may be transaction fees (e.g. mining fees) associated with Your Virtual Currency transactions that are required by the virtual currency system You engage with. Atomic shall not be responsible for any losses You incur due to transaction fees or losses that occur due to incorrectly set transaction fees (i.e. too low or high). Atomic does not have access to Your transactions (or anyone else's).

### 2.1.3. No Control Over Blockchains

Atomic is not the creator of and does not have any control over any of the Virtual Currencies that the Atomic Desktop and Mobile Light Wallet Applications allow You to use.
Your balance and actual transaction history are supported by each cryptocurrency block explorers (ex. https://btgexplorer.com/, https://etherscan.io/ and etc.). All cryptocurrency rates available in the application are supported by https://coinmarketcap.com/ and https://www.cryptocompare.com/.

### 2.1.4. Third Party Integrations

The Atomic Desktop and Mobile Light Wallet Applications contain libraries developed by third parties. Atomic may provide third-party libraries to You as part of the Atomic Desktop and Mobile Light Wallet Applications solution but shall not be considered to be the owner or licensor of the third-party libraries. Third-party services are used for in-wallet Virtual Currencies exchange operations and in-wallet buying Virtual Currencies operations. Atomic Wallet retains the exclusive right to add to, modify, or cancel the availability of any Third Party Service.

### 2.2. In-wallet exchange operations.

By using the exchange within the wallet ('Atomic Exchange'), You agree with the Terms of Use of the respective third-party partner. Please refer to and respect the relevant third party licenses: Built-in Atomic Exchange is provided by ChangeNOW, not by Atomic Wallet itself. The original Terms of Use are available at https://changenow.io/terms-of-use Although the Atomic Desktop and Mobile Light Wallet Applications make it easy to engage with the integrated third parties, Atomic shall not be responsible for any consequences stemming from Your use of third-party integrated services. If You need assistance with a third-party integration then You should contact the third-party along with contacting our support.

The estimated amount which is presented to You in the Wallet prior making an exchange is not final. It can differ from the final amount due to market fluctuations.

**2.2.1. By using the service within the wallet for buying cryptocurrencies ('Atomic Buying Crypto Service'), You agree with the Terms of Use of our third-party partner Simplex, who are provided Atomic Buying Crypto Service.**
The rules described in the Terms of Use of our partner Simplex apply to You in full. Please refer to and respect the relevant



DOWNLOAD

### 2.3. Loyalty Program.

Atomic is the sole owner and creator of Loyalty Program, which now consists of Airdrop program ('Atomic Airdrop') and Cashback Membership Program ("Atomic Membership")

### 2.3.1. Atomic Airdrop.

By participating in Atomic Airdrop you acknowledge that you have read, agreed and followed Atomic Airdrop rules https://atomicwallet.io/airdrop.

If You break the rules and/or perform any prohibited actions, such as:

registering multiple emails for the airdrop;

using paid traffic for attracting referrals;

any faking, including faking original Atomic Airdrop;

any other types of spamming and scamming;

You will be eliminated from the Airdrop program with no right to register again.

Atomic Wallet reserves the right to eliminate You from the Airdrop program or/and refuse reward payment at any given time and for any reason without further explanations. Atomic Wallet reserves the right to change the Airdrop rules at any time and in our sole discretion.

### 2.3.2. Atomic Membership.

By participating in Atomic Membership you acknowledge that you have read, agreed and followed Atomic Membership rules https://atomicwallet.io/cashback-program. Atomic Wallet reserves the right to eliminate You from Atomic Membership and/or refuse in cashback payment at any given time and for any reason without further explanations. Atomic Wallet reserves the right to change the Atomic Membership rules at any time and in our sole discretion.

### 3. Your Obligations

You shall:

be of the age of majority in Your local jurisdiction; and,

be responsible for Your own Virtual Currency; and,

backup/write down Your Private Key and Backup Phrase and keep it private; and,

carefully guard Your Private Keys and Backup Phrase in case of usage Atomic Desktop and Mobile Light Wallet Applications and,

ensure that Your device(s) are fully updated and do not contain viruses, malware or otherwise malicious software.

You shall not: violate any laws when using Atomic Desktop and Mobile Light Wallet Applications; or,

circumvent or attempt to circumvent the security measures Atomic Wallet are using to protect other accounts, computer systems, or networks connected to the Atomic Desktop and Mobile Light Wallet Applications; or,

deposit Virtual Currency into addresses for tokens and/or coins that are not supported by the Atomic Desktop and Mobile Light Wallet Applications; or,

use Atomic in a manner likely to infer with other Atomic users or virtual currency nodes (e.g. excessive API calls or network spam);

### 4. Limited Intellectual Property License

This agreement licenses Atomic services to You on a personal, non-exclusive, royalty-free, non-transferable, worldwide-basis, for



DOWNLOAD

s, modify any code or use

### 5. Specifically Disclaimed Risks

Using Virtual Currency software necessarily entails many risks. Atomic specifically disclaims and shall have no liability to You for the following risks:

operating system failures (mobile or desktop); and,

interactions between Your hardware, software, and the Atomic; and,

cloud backup software (e.g. certain Android distributions) may upload your private information to third party services; and, malware, viruses or other malicious software on Your device that is able to take control of or interfere with Atomic; and, communication delays between Your Atomic Desktop and Mobile Light Wallet Application and a node or relay service for a virtual currency (and vice versa); and,

failure to achieve a certain market value/price for a virtual currency token, whether through a third-party service or any other kind of transaction; and, theft of virtual currency tokens.

### 6. No Warranty

Atomic is provided to You at no cost, "as-is " and without any warranty whatsoever, to the maximum extent permissible by law. Without limiting the generality of the foregoing, Atomic does not warrant that Atomic is fit for Your purpose, even if You have previously provided notice of Your intended purpose, and does not warrant that Atomic will operate in a bug-free manner.

### 7. Limitation of Liability

IN NO EVENT WILL ATOMIC WALLET BE LIABLE TO YOU FOR: ANY LOST PROFITS, REVENUE OR DATA, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OR COSTS DUE TO LOSS OF PRODUCTION OR USE, BUSINESS INTERRUPTION, OR PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES ARISING OUT OF OR IN CONNECTION WITH THE SERVICES, WHETHER OR NOT ATOMIC WALLET HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND REGARDLESS OF THE THEORY OF LIABILITY ASSERTED, WHICH HAVE RESULTED FROM: (I) YOUR USE OF, OR CONDUCT IN CONNECTION WITH, OUR SERVICES; (II) ANY UNAUTHORIZED USE OF YOUR WALLET ADDRESS AND/OR PRIVATE KEY DUE TO YOUR FAILURE TO MAINTAIN THE CONFIDENTIALITY OF YOUR WALLET; (III) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICES; OR (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT ARE FOUND IN THE ATOMIC WALLET SOFTWARE OR THAT MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY (REGARDLESS OF THE SOURCE OF ORIGINATION).

### 8. Cap on Liability.

UNDER NO CIRCUMSTANCES WILL ATOMIC WALLET BE LIABLE TO YOU FOR DAMAGES ARISING OUT OF THE SERVICES EXCEEDING $50.

### 9. Indemnity

You agree to indemnify Atomic against any claims, damages, losses or legal fees incurred due to Your use (or misuse) of Atomic.

### 10. Non-Waiver

No action or inaction on the part of Atomic shall be considered a waiver of any right or obligation by Atomic.

### 11. Amendment

This agreement may be amended by Atomic by providing You with 30 days' notice of any proposed change. If You do not agree to the amended terms then Your sole remedy shall be to cease using Services of the website.



DOWNLOAD

**13. Discontinuance of Services.**

We may, in our sole discretion and without cost to you, with or without prior notice, and at any time, modify or discontinue, temporarily or permanently, any portion of our Services. You are responsible for storing outside of the Software Your 12-word backup phrase. Saving your backup phrase and private keys pairs associated with your Atomic Wallet will allow you to access the blockchain and your funds at any place and time. This backup will allow You to fully restore Your Atomic Wallet at any time without cost or loss of the Virtual Currency.

Atomic Wallet shall not be held responsible or liable for any loss of Virtual Currency in the event that we discontinue or deprecate the Services.

**13. Entire Agreement**

This is the entire agreement between the parties and supersedes any other agreement, representations (or misrepresentations), or understanding, however, communicated.

## Even more cool features are coming

Your email

Subscribe

## Explore more cryptocurrencies supported on Atomic Wallet

| Bitcoin Wallet | Solana Wallet | Monero Wallet | Ethereum Wallet | Tether USD Wallet |

Atomic Wallet                                                                    DOWNLOAD

| Fantom Wallet | Algorand Wallet | Cardano Wallet | Near Wallet | Dogecoin Wallet |
| NFT Wallet | Tezos Wallet | Avalanche Wallet | Bitcoin Cash Wallet | Iota Wallet |
| Tron Wallet | Polkadot Wallet | EOS Wallet | Dash Wallet | VeChain Wallet |
| Stellar Wallet | | | | |

Atomic Wallet

SUPPORT@ATOMICWALLET.IO

2023 © Atomic Wallet

Atomic Wallet does not provide any virtual asset services or any financial services, nor does provide any advisory, mediation, brokerage or agent services. Virtual asset services are provided to Atomic Wallet' customers by third party service providers, which activities and services are beyond Atomic' control. We urge all Atomic Wallet' customers to familiarize themselves with the terms and conditions of third-party virtual asset service providers before engagement into a business relationship.



DOWNLOAD

Atomic Desktop and Mobile
supported by each
further, Atomic Wallet does not

ATOMIC WALLET

BUY CRYPTO

ASSETS

STAKING CRYPTO

EXCHANGE CRYPTO

ARTICLES