AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

ROBERT MEANY, GRAHAM DICKINSON, JOHN BRISCOE, TODD GAMMON, MICHAEL FISK, PAUL UNRUH, JOVAN SILVA DELGADO, GREGORY LOBERG, VINCENT D'AMELIO, CARTER RUESS, DANIEL WERTER, JEFFREY ROGERS, ERIK NELSON, LANDON GRUBB, SAM BREAZEALE, BRENDA ABBLEY, DERECK ERNEST, ERIC JENSEN, DOUGLAS EDWARDS, DUSTIN FALK, AND DANIEL HAYES

*Plaintiff(s)*

v.

ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET, EVERCODE INFINITE D/B/A EVERCODE LAB, KONSTANTIN GLADYSHEV A/K/A KONSTANTIN GLADYCH, ILIA BRUSOV A/K/A ILYA BEREZOVSKY A/K/A ILYA BERE, AND PAVEL SOKOLOV A/K/A PAUL SOKOLOV

*Defendant(s)*

Civil Action No.   1:23-cv-01582-PAB-MEH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EVERCODE INFINITE D/B/A EVERCODE LAB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DOUGLASS A. KREIS, ESQ.
DANIEL J. THORNBURGH, ESQ.
D. NICOLE GUNTNER, ESQ.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 E. MAIN STREET, STE 200
PENSACOLA, FL 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  08/18/2023

s/ J. Torres

*Signature of Clerk or Deputy Clerk*

**EXHIBIT 4**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01582-PAB-MEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case No.: 1:23-cv-01582-PAB-MEH

## NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

EVERCODE LAB LIMITED
Unit 1603, 16th Floor, The L. Plaza
367-375 Queen's Road Central
Sheung Way
HONG KONG, CHINA
-OR-
wherever the Defendant may be found in Hong Kong, China

---

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Colorado Legal Services
1905 Sherman Street, Suite 300
Denver, Colorado 80203
U.S.A.
Tel. 1.303.837.1313

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Colorado Legal Services
1905 Sherman Street, Suite 300
Denver, Colorado 80203
U.S.A.
Tel. 1.303.837.1313

Case No.: 1:23-cv-01582-PAB-MEH

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**   Karyn Lopez, Esq.
*Nom et adresse de l'autorité requérante :*   LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :*   ROBERT MEANY, GRAHAM DICKINSON, JOHN BRISCOE, et al, *Plaintiffs*
ATOMIC PROTOCOL SYSTEMS OÜ *doing business as* ATOMIC WALLET, EVERCODE INFINITE *doing business* as EVERCODE LAB, et al., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Aylstock, Witkin, Kreis & Overholtz, PLLC) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its Answer or Motion with the United States District Court, District of Colorado, located at: 901 19th Street, Denver, Colorado, 80294, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Aylstock, Witkin, Kreis & Overholtz, PLLC) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, Judgment by Default will be entered against it for the relief demanded in the Complaint. Defendant also must file its Answer or Motion with the Court.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
   *Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

 

# CERTIFICATE OF FORMATION

شـــهـادة تـأسـيـس

This is to certify that

ننشهد بموجب هذا بأن

**EVERCODE INFINITE - FZCO**

ايفركود اينفينيت - ش م ح

Has been duly formed as a Free Zone Company with limited liability pursuant to Law no. 16 of 2021 by H.H. Ruler of Dubai and Implementing Regulations issued there under by the Dubai Integrated Economic Zones Authority (DIEZA) and was registered in Free Zone Company records on this day

قد تم تأسيسها كشركة منطقة حرة ذات مسؤولية محدودة طبقا للقانون رقم 16 لسنة 2021 الصادر عن صاحب السمو حاكم دبي وللأنظمة المنفذة للقانون الصادر عن سلطة دبي للمناطق الاقتصادية المتكاملة وقد تم تسجيلها في سجل شركات المنطقة الحرة في هذا اليوم

**01/04/2022**

This certificate is issued subject to and upon the terms and contained in the Law and implementing Regulations (as the same may be varied from time to time) and of the Free Zone Company condition issued or to be issued by the Dubai Silicon Oasis from time to time and License issued or be issued by Dubai Integrated Economic Zones Authority (DIEZA) in respect of the aforementioned Free Zone Company.

أصدرت هذه الشهادة وفقا للبنود المدرجة في القانون المذكور والأنظمة المنفذة له (ولما قد يتم تعديله من حين لآخر) ولشروط شركات المنطقة الحرة الصادرة أو التي قد تصدر عن سلطة دبي للمناطق الاقتصادية المتكاملة من حين لآخر والتراخيص الصادر أو الذي سيتم اصداره من قبل سلطة واحة دبي للسيليكون بخصوص مؤسسة المنطقة الحرة المذكورة

**Registration Number**     **DSO-FZCO-14086**

رقم التسجيل

Approved electronic document issued by Dubai Silicon Oasis at Dubai Integrated Econimic Zones Authority and does not require signature. To verify, scan the QR code or visit:     https://cutt.ly/4D8ABjT

وثيقة إلكترونية معتمدة صادرة بواسطة واحة دبي للسيليكون بسلطه دبي للمناطق الاقتصادية المتكامله ولا تحتاج إلى توقيع، للتأكد الرجاء مسح الاستجابة السريعة أو زيارة الموقع أدناه:

 

Member of Dubai Integrated Economic Zones Authority

عضو في سلطة دبي للمناطق الاقتصادية المتكاملة



| 編號 | 3150278 |
|---|---|
| No. | |

公 司 註 冊 證 明 書

# CERTIFICATE OF INCORPORATION

——— * * * ———

本人謹此證明
I hereby certify that

Evercode Lab Limited

於 本 日 根 據 香 港 法 例 第 622 章《 公 司 條 例 》
**is this day incorporated in Hong Kong under the Companies Ordinance**

在 香 港 成 立 為 法 團 ， 此 公 司 是 一 間
**(Chapter 622 of the Laws of Hong Kong), and that this company is**

有 限 公 司 。
**a limited company.**

本 證 明 書 於 二〇二二 年 五 月 六 日 發 出 。
**Issued on**  6 May 2022 .

香港特別行政區公司註冊處處長徐麗貞
Ms Kitty TSUI
*Registrar of Companies*
*Hong Kong Special Administrative Region*

註 Note：

公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.