**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,
  *Plaintiffs*,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,
  *Defendants*.

---

**[PROPOSED] ORDER GRANTING DEFENDANT
EVERCODE INFINITE'S MOTION TO STRIKE CLASS ALLEGATIONS**

---

The Court, having reviewed Defendant Evercode Infinite's Motion to Strike Class Allegations, finds good cause to strike all class allegations. The Motion is therefore GRANTED, and all class allegations from Plaintiffs' First Amended Class Action Complaint are stricken.

Dated: _____.

BY THE COURT:

_____
Judge Philip A. Brimmer
United States District Court
District of Colorado