**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,
    *Plaintiffs*,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,
    *Defendants*.

### [PROPOSED] ORDER GRANTING DEFENDANT EVERCODE INFINITE'S MOTION TO STAY DISCOVERY

The Court, having reviewed Defendant Evercode Infinite's Motion to Stay Discovery, finds good cause to stay discovery. The Motion is therefore GRANTED, and the Court hereby stays all discovery and the issuance of a scheduling order until the Court has ruled on Evercode's Motion to Dismiss and Motion to Strike Class Allegations.

Dated: _____.

                BY THE COURT:

                _____
                Judge Philip A. Brimmer
                United States District Court
                District of Colorado