IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01582-PAB-MEH

**ROBERT MEANY** et al.,
    *Plaintiffs*,

v.

**ATOMIC PROTOCOL SYSTEMS OÜ D/B/A ATOMIC WALLET** et al.,
    *Defendants*.

## [PROPOSED] ORDER GRANTING DEFENDANT EVERCODE INFINITE'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2), (5), AND (6)

The Court, having reviewed Defendant Evercode Infinite's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2), (5) and (6), finds good cause to dismiss the claims asserted in the First Amended Class Action Complaint. The Motion is therefore GRANTED, and all claims against Evercode are dismissed with prejudice.

Dated: _____.

                                    BY THE COURT:

                                    _____
                                    Judge Philip A. Brimmer
                                    United States District Court
                                    District of Colorado